■ In the Matter of JESUS ANDUJAR, Respondent, v SANDRA PARISI, Appellant. [831 NYS2d 918]—In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Richmond County (Cohen-Gallet, R.), dated June 20, 2005, which, after a hearing, granted the father's petition for physical custody of the child.

Ordered that the order is affirmed, without costs or disbursements.

The Family Court correctly determined, upon consideration of the applicable factors, that a change in physical custody from the mother to the father was in the best interests of the child (*see Friederwitzer v Friederwitzer*, 55 NY2d 89, 95 [1982]; *Matter of Fialkowski v Gilroy*, 200 AD2d 668, 669 [1994]). Crane, J.P., Krausman, Covello and Carni, JJ., concur.